| | | | | |
|---|---|---|---|---|
| **Criminal Case Cover Sheet** | **FILED:** REDACTED | | | **U.S. District Court** |
| **Place of Offense:** | ☐ Under Seal | | **Judge Assigned:** | LOG |
| City: Chantilly | Superseding Indictment: | | **Criminal No.** | 1:16CR 292 |
| County: | Same Defendant: | | New Defendant: | |
| | Magistrate Judge Case No.: | | **Arraignment Date:** | |
| | Search Warrant Case No.: | | R. 20/R. 40 From: | |

**Defendant Information:**

| | | | | |
|---|---|---|---|---|
| **Defendant Name:** Sebastian Zachary Gregerson | Alias(es): | | ☐ Juvenile FBI No. | |
| **Address:** | | | | |
| Employment: | | | | |
| **Birth Date:** 11/7/**** | **SSN:** 370-***** | **Sex:** Male | **Race:** White | **Nationality:** USA |
| **Place of Birth:** ***** | Height: 6-00  Weight: 165lbs | Hair: Brown  Eyes: Blue | | Scars/Tattoos: |
| ☐ Interpreter Language/Dialect: | | Auto Description: | | |

**Location/Status:**

| | | | |
|---|---|---|---|
| **Arrest Date:** | ☐ Already in Federal Custody as of: | in: | |
| ☐ Already in State Custody | ☐ On Pretrial Release | ☐ Not in Custody | |
| ☐ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested | |
| ☐ Arrest Warrant Pending | ☐ Detention Sought | ☐ Bond | |

**Defense Counsel Information:**

| | | | |
|---|---|---|---|
| Name: | ☐ Court Appointed | Counsel Conflicts: | |
| Address: | ☐ Retained | | |
| Phone: | ☐ Public Defender | ☐ Federal Public Conflicted Out | |

**U.S. Attorney Information:**

| | | | |
|---|---|---|---|
| AUSA(s): John Gibbs | Phone: 703-299-3700 | Bar No. | |

**Complainant Agency - Address & Phone No. or Person & Title:**

| | | | | |
|---|---|---|---|---|
| **U.S.C. Citations:** | **Code/Section** | **Offense Charged** | **Count(s)** | **Capital/Felony/Misd./Petty** |
| Set 1: | 18 U.S.C. §371 | Conspiracy | 2 | Felony |
| Set 2: | 18 U.S.C. §§922 (a) (6) | Aid & Abet False Statements During | 2 | Felony |
| Date: | AUSA Signature: [signature] | | | *may be continued on reverse* |

**District Court Case Number (to be filled by deputy clerk):** _____

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | 21 U.S.C. § 924 (d) | Forfeiture Notice | | |
| Set 4: | | | | |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

[Print Form] [Reset Form]